

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2021

**By ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *United States v. Gundersen*, 21 Cr. 69 (LTS)

Dear Judge Swain:

As the Court is aware, the above-captioned case has been assigned to this Court. The parties have conferred and are available for an arraignment and initial pretrial conference on either March 1, 2021 at noon, or March 3, 2021 at 11:00 a.m. Counsel for the defendant has indicated that he expects the defendant will consent to proceed remotely for that conference, and that the defendant prefers to appear by telephone.

The Government respectfully requests that the Court exclude time between today and the date of the initial pretrial conference, pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting such exclusion outweigh the best interest of the public and the defendant in a speedy trial, for at least two reasons. First, the exclusion will provide time for defense counsel to review discovery with his client; the Government expects to make a substantial initial production as soon as an appropriate confidentiality order is executed. Second, the exclusion will permit the parties to continue to discuss a possible pretrial resolution of this case. Counsel for the defendant has consented to this request on behalf of his client.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____
Thomas McKay / Aline Flodr /
Paul Monteleoni
Assistant United States Attorneys
Tel: (212) 637-2268

The application is granted. The Court will issue a separate order scheduling the initial pre-trial conference for March 1, 2021, at 12:00 p m. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through March 1, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.

DE#8 resolved.
SO ORDERED.
Dated: 2/5/21
/s/ Laura Taylor Swain, USDJ

cc:  Daniel Bibb, Esq.