

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2022

**By ECF**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Gundersen*, 21 Cr. 69 (LTS)

Dear Chief Judge Swain:

The Government writes to request that the pretrial conference, which was previously scheduled for May 12, 2022, be adjourned to a date and time convenient for the Court between June 7 and June 9, 2022. We also understand from communications with defense counsel that he would prefer that the conference be scheduled during the morning of June 8th or 9th.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   /s/ Aline R. Flodr
Thomas McKay / Aline Flodr /
Paul Monteleoni
Assistant United States Attorneys

The pretrial conference currently scheduled for May 12, 2022, is adjourned to June 8, 2022, at 2:00 p.m.  DE#34 resolved.

SO ORDERED.
Dated: May 6, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

cc:  Daniel Bibb, Esq. (by ECF)